## CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Long Island Lighting Company, Orange and Rockland Utilities, Inc., San Diego Gas & Electric Company, International Paper Company, Champion International Corporation, Westvaco Corporation, and Weyerhauser Company, Plaintiffs–Appellants,

v.

## CHEVRON U.S.A., INC., Defendant–Appellee.

No. 01–1565.

United States Court of Appeals, Federal Circuit.

April 5, 2002.

Rehearing and Rehearing En Banc Denied May 13, 2002.

Before MAYER, Chief Judge, RADER, and DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.